**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 9, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00232-CR

---

**THE STATE OF TEXAS, Appellant**

**V.**

**MELISSA ANNETTE CALISE, Appellee**

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1754454**

---

### MEMORANDUM OPINION

The State has signed and filed a written request to dismiss its appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant the State's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.

Do Not Publish – Tex. R. App. P. 47.2(b)